UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X



JUDGMENT
06-CV-2014 (JG)

In re: AIG ADVISOR GROUP SECURITIES
LITIGATION.

------------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 20, 2007, granting defendants' motion to dismiss with prejudice; it is

ORDERED and ADJUDGED that judgment is hereby entered granting defendants' motion to dismiss with prejudice.

Dated: Brooklyn, New York
       September 24, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court